**Exhibit 1**

| *Core Wireless* **Non-Abstract Claim Term** | *Core Wireless* **Held the Claim Term is Not Abstract** | **'079 Patent (Claim 1)** |
|---|---|---|
| "***an application summary*** that can be reached directly ***from the menu***"[1]<br><br>*Core Wireless Licensing v. LG Elecs., Inc.*, 880 F.3d 1356, 1362 (Fed.Cir. 2018). | "specifying a particular manner by which the summary window must be accessed"<br><br>*Core Wireless*, 880 F.3d at 1362. | "***from the first application***, *initiating a **global search*** covering the first application and the second application"<br><br>('079 Patent at 14:37-43). |
| "***each of the data in the list being selectable to launch*** the respective application and ***enable the selected data to be seen within the respective application***."<br><br>*Core Wireless*, 880 F.3d at 1362-1363. | "restrains the type of data that can be displayed in the summary window"<br><br>*Core Wireless*, 880 F.3d at 1362-1363. | "***generating*** for the first application ***a selectable link*** that, when selected, is operable to ***enable access to information related to the second application***; *** and responsive to the reception of the selection of the linked selected candidate element, ***presenting information related to the linked selected candidate element through the first application***."<br><br>('079 Patent at 14:37-43). |

---

[1] All emphasis in the chart is added.

1

| *Core Wireless*, 880 F.3d at 1362-1363 Non-abstract Claim Term | *Core Wireless* Held the Claim Term is Not Abstract | '079 Patent (Claims 4-6) |
|---|---|---|
| "the summary window 'is displayed while the one or more **applications are in an un-launched state**,'" *Core Wireless*, 880 F.3d at 1363. | "a requirement that the device applications exist in a particular state" *Core Wireless*, 880 F.3d at 1363. | 4. The method according to claim 1, wherein the ***first application is in an active state*** and the ***second application is in a non-active state*** throughout the method.<br><br>5. The method according to claim 4, … wherein the ***first application is an active application*** and the ***second application is a non-active application running in the background*** of the computing device throughout the method.<br><br>6. The method according to claim 5, wherein the personal information manager application and the ***first and second applications are secure applications*** that are restricted from providing information to ***non-secure applications***.<br><br>('079 Patent at 15:20-16:4) |