**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **VE OPENING LLC,** *Plaintiff* | § | **MO:25-CV-00451-DC** |
| **v.** | § | |
| **UPLAND SOFTWARE, INC.,** *Defendant* | § | |

# ORDER

BEFORE THE COURT is the report and recommendation ("R&R") from United States Magistrate Judge Derek T. Gilliland concerning Defendant Upland Software, Inc.'s Motion to Dismiss.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his R&R on May 21, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Doc. 26.
[2] Doc. 34.
[3] Fed. R. Civ. P. 72 advisory committee's note.

Plaintiff filed objections on June 4, 2026.[4] The Court has conducted a *de novo* review of the R&R, the objections to the R&R, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted. The objections are **OVERRULED**.

It is **ORDERED** that the R&R of the United States Magistrate Judge is **ADOPTED**.[5] The Upland Software, Inc.'s motion is **GRANTED IN PART** and **DENIED IN PART**.[6] The defendant's motion to dismiss the plaintiff's claims related to Patent '079's independent claim 1 is **GRANTED**. The defendant's motion to dismiss the plaintiff's claims related to Patent '079's dependent claims 4 and 5 is **DENIED**.

It is so **ORDERED**.

SIGNED this 21st day of July, 2026.



DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] Doc. 35.
[5] Doc. 34.
[6] Doc. 26.